Order issued September 16, 1999



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-97-01042-CR

**LEOPOLD G. LISING, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

# ORDER

The motion of the Attorney General of Texas to withdraw the record is **GRANTED**.

The Clerk of this Court is **ORDERED** to send the appellate record in the above-numbered cause to:

    Edwin Sullivan, Assistant Attorney General
    c/o John Davila, Records Clerk
    Price Daniel, Sr. Bldg.
    P.O.Box 12548, Capitol Station
    Austin, Texas 78711-2548

Edwin Sullivan, Assistant Attorney General, is **ORDERED** to return the appellate record in the above-numbered cause to this Court within sixty days of the date of this Order.

LINDA THOMAS
CHIEF JUSTICE